1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FERNANDO BENITEZ-MORENO,

Petitioner

v.

JACK FOX, WARDEN,

Respondent.

Case No. CV 15-1288-SJO (GJS)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all other documents filed in this action, Respondent's Motion To Dismiss Petition ("Motion to Dismiss"), Petitioner's Motion To Amend Previous 2241 Petition ("Motion to Amend"), and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Motion to Amend is granted to the extent that the Court has considered its substance and attachments; (2) the Motion to Dismiss is granted; (3) the Petition is dismissed, without prejudice, for failure to

1   exhaust administrative remedies; and (4) Judgment shall be entered dismissing this

2   action without prejudice.

3       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

4       May 30, 2016.

5   DATE: _____        _____

6                       S. JAMES OTERO

                      UNITED STATES DISTRICT JUDGE