1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| FERNANDO BENITEZ-MORENO, | Case No. CV 15-1288-SJO (GJS) |
| Petitioner | |
| v. | **JUDGMENT** |
| JACK FOX, WARDEN, | |
| Respondent. | |

17

18

19      Pursuant to the Court's Order Accepting the Findings and Recommendations of

20   United States Magistrate Judge,

21

22      IT IS ADJUDGED that this action is dismissed without prejudice.

23           May 30, 2016                    *S. James Otero*

24   DATE: _____        _____

25                                        S. JAMES OTERO
                                          UNITED STATES DISTRICT JUDGE

26

27

28